United States District Court
For The District of Columbia

Curtis E. Crawford,
    Plaintiff,

v.

Anthony Williams,
    Defendant(s)

Civil Action: 05-398(CKK)

Motion For Appointment of Counsel, Pursuant To 28 U.S.C. § 1915; Notice of Appeal From December 1, 2005 Order of U.S. District Judge Colleen Kollar-Kotelly.

Statement of Fact

The Plaintiff claims against U.S. District Judge Kollar-Kotelly, are based upon verifiable fact that she was Chief Counsel for an

2.

Agency That Represented Anthony Williams and The District of Columbia Government, and Judge Kollar-Kotelly is attempting to Falsely deny This Claim by issuing a Court Order deny in Forma Pauperis in a case against her Previous employer.

<u>Appointment of Counsel Warranted</u>

Since The Plaintiff has Proven his claim against Judge Kollar-Kotelly, he is in need of an Appointed Counsel for a Limited Time Period for purpose of Appealing a Twisted Court Order That is based upon a District Judge Abuse of discretionary Power's and Authority to Protect her Previous Employer From a Civil Action.

<u>Plaintiff was denied Civil Action</u>

The Law in 28 U.S.C. § 1915 is not a bar from Court, yet Judge Kollar-Kotelly is attempting to deny Plaintiff assessment to Court in a case against her previous employer. Whereas Court can issue order, to deduct funds from the Plaintiff's Prison Fund for Court Filing Fees.

## Argument

1. It is undisputable fact that U.S. District Judge Kollar-Kotelly, previous employer was the D.C. Government.

2. It is undisputable fact, that 28 U.S.C. § 1915 has not barred Plaintiff from Court, where Court can issue order to pay cost of Court from inmate Trust Fund.

3. It is a fact that appointed Counsel is needed in case, which disputes fact of U.S. District Judge Previous Employment and for purpose of appeal of those facts.

Respectfully Submitted,

Curtis E. Crawford

4.

<u>Certification of Truth</u>

I Certify That the above Document is true and correct, Pursuant to 28 U.S.C. §1746.

Respectfully Submitted,

Curtis E. Crawford

<u>Certification of Service</u>

I Certify That I have Forwarded a true copy to the Clerk of the United States District Court For the District of Columbia on this 5th day of December 2005, further Requesting That Clerk will Forward a stamp dated copy of the same to the United States Attorney Office.

Respectfully Submitted,

Curtis E. Crawford