# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 05-7191                                     September Term, 2005

05mc00398

Filed On:

Curtis E. Crawford,
    Appellant

v.

Anthony A. Williams,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
JUN 27 2006
CLERK

**BEFORE:** Ginsburg, Chief Judge, and Garland and Brown, Circuit Judges

## ORDER

Upon consideration of the court's order to show cause filed February 1, 2006, and the response thereto, it is

**ORDERED** that the order to show cause be discharged.

While incarcerated, appellant has brought at least three civil actions or appeals that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim. See Crawford v. Smith, No. 00-7067 (D.C. Cir. Oct. 18, 2000). In response to this court's order, appellant has offered no reason why he should be allowed to proceed in forma pauperis pursuant to the Prison Litigation Reform Act. See 28 U.S.C. § 1915(g). Accordingly, it is

**FURTHER ORDERED**, on the court's own motion, that appellant pay the full $255 filing and docketing fee to the district court within 30 days of the date of this order. Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

Per Curiam