# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-7191**                              **September Term, 2006**

05mc00398

**Filed On:**

Curtis E. Crawford,
      Appellant

v.

Anthony A. Williams,
      Appellee



UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
FILED
JAN 9 2007
CLERK

### ORDER

    Upon consideration of the court's order filed October 5, 2006 and the absence of any record that appellant received that order, it is

    **ORDERED**, on the court's own motion, that the Clerk resend to appellant, the court's order filed October 5, 2006, and that the deadlines established therein are extended to February 8, 2007. Appellant's failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to send a copy of this order and the October 5, 2006 order to appellant by certified mail and by first-class mail.

 

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ MaryAnne McMain
     MaryAnne McMain
     Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-7191**  **September Term, 2006**

05mc00398

Filed On: October 5, 2006 [996083]

Curtis E. Crawford,
      Appellant

v.

Anthony A. Williams,
      Appellee

**BEFORE:**   Ginsburg, Chief Judge, and Garland and Brown, Circuit Judges

## ORDER

Upon consideration of the motion for reconsideration by this panel of the court's order filed June 27, 2006, it is

**ORDERED** that the motion be denied. Appellant presents no arguments warranting reconsideration of the court's order. It is

**FURTHER ORDERED**, on the court's own motion, that appellant pay the full $255 filing and docketing fee to the district court within 30 days of the date of this order. See 28 U.S.C. § 1915(g); Crawford v. Smith, No. 00-7067 (D.C. Cir. Oct. 18, 2000) (revoking appellant's in forma pauperis status pursuant to § 1915(g)'s "three strikes" rule). Failure to comply with this order will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Deputy Clerk/LD