# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-7191**  **September Term, 2006**

05mc00398

**Filed On:**

Curtis E. Crawford,
     Appellant

v.

Anthony A. Williams,
     Appellee

FILED
JUN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY - 8 2007

CLERK

## ORDER

By order filed January 9, 2007, appellant was directed to pay the full $255.00 filing and docketing fee to the district court, by February 8, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on January 12, 2007. To date, appellant has not complied with the court's January 9, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Elizabeth V. Scott
Elizabeth V. Scott
Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY: _____, Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____, Deputy Clerk